| | |
|---|---|
| Perry R. Clark (State Bar No. 197101) | Arthur S. Beeman (State Bar No. 237996) |
| perry@perryclarklaw.com | asbeeman@jonesday.com |
| LAW OFFICES OF PERRY R. CLARK | Brett A. Lovejoy (State Bar. No. 212942) |
| 825 San Antonio Road | blovejoy@jonesday.com |
| Palo Alto, CA 94303 | Noel Rodriguez (State Bar No. 228784) |
| Telephone: (650) 248-5817 | nrodriguez@jonesday.com |
| Facsimile: (650) 618 8533 | JONES DAY |
| | 555 California Street, 26th Floor |
| Counsel for Defendant | San Francisco, CA 94104 |
| PUKA CREATIONS, LLC | Telephone: (415) 626-3939 |
| | Facsimile: (415) 875-5700 |
| | |
| | Counsel for Plaintiff |
| | ALEXX, INC. |

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| ALEXX, INC., | Case No.: 11-CV-0902 JCS |
| Plaintiff, | JOINT STIPULATION EXTENDING TIME FOR DEFENDANT TO ANSWER OR OTHERWISE RESPOND |
| vs. | |
| PUKA CREATIONS, LLC, | |
| Defendant. | |

JOINT STIPULATION EXTENDING TIME  Case No.: 11-CV-0902 JCS
FOR DEFENDANT TO ANSWER
OR OTHERWISE RESPOND

1     Pursuant to Civil L.R. 6-1(a), the parties stipulate that the time for defendant Puka
2     Creations, LLC, to answer or otherwise respond to the complaint in this action shall be extended
3     from March 25, 2011 by thirty (30) days up to and including April 29, 2011.

                                      Respectfully Submitted,

Dated: March 24, 2011           LAW OFFICES OF PERRY R. CLARK

                                      /S/
                                      Perry R. Clark

Dated: March 24, 2011           JONES DAY

                                      /S/
                                      Brett A. Lovejoy

Dated: March 25, 2011

*IT IS SO ORDERED*
*Judge Joseph C. Spero*
(UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA seal)

1

JOINT STIPULATION EXTENDING TIME          Case No.: 11-CV-0902 JCS
FOR DEFENDANT TO ANSWER
OR OTHERWISE RESPOND

**ECF FILER'S ATTESTATION OF CONCURRENCE**

Pursuant to General Order No. 45(X)(B), the undersigned ECF filer attests that concurrence in the filing of this document has been obtained from each of the other signatories.

Respectfully Submitted,

Dated: March 24, 2011   LAW OFFICES OF PERRY R. CLARK

/S/
Perry R. Clark

JOINT STIPULATION EXTENDING TIME   Case No.: 11-CV-0902 JCS
FOR DEFENDANT TO ANSWER
OR OTHERWISE RESPOND