Brett A. Lovejoy (State Bar No. 212942)
blovejoy@jonesday.com
Noel Rodriguez (State Bar No. 228784)
nrodriguez@JonesDay.com
JONES DAY
555 California Street, 26th Floor
San Francisco, CA  94104
Telephone:     (415) 626-3939
Facsimile:      (415) 875-5700

Attorneys for Plaintiff
ALEXX, INC.

Perry R. Clark (State Bar No. 197101)
perry@perryclarklaw.com
LAW OFFICES OF PERRY R. CLARK
825 San Antonio Road
Palo Alto, CA 94303
Telephone:     (650) 248-5817
Facsimile:      (650) 618-8533

Attorney for Defendant
PUKA CREATIONS, LLC

**E-Filed 6/2/2011**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ALEXX, INC.,**<br><br>           **Plaintiff,**<br><br>     **v.**<br><br>**PUKA CREATIONS, LLC,**<br><br>           **Defendant.** | **Case No. 11-CV-0902 JF (HRL)**<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE**<br><br>Date:         Fri., June 10, 2011<br>Time:        10:30 a.m.<br>Judge:       The Honorable Jeremy Fogel |

1    IT IS HEREBY STIPULATED by and between plaintiff Alexx, Inc. ("Plaintiff") and
2 defendant Puka Creations, LLC ("Defendant"), by and through their counsel of record as follows:
3    WHEREAS, the initial Case Management Conference (CMC) is currently scheduled for
4 Friday, June 10, 2011 at 10:30 a.m. before the Honorable Jeremy Fogel;
5    WHEREAS, the parties are currently engaged in settlement negotiations;
6    WHEREAS, in addition the ongoing settlement negotiations, the parties have met and
7 conferred and agreed to request an Early Settlement Conference with a Magistrate Judge (Dkt.
8 17);
9    WHEREAS, the parties believe that the current settlement negotiations may result in a
10 resolution of this action;
11    WHEREAS, the parties have not requested previous time modifications, other than a
12 stipulated extension and order providing Defendant to response to the complaint (Dkts. 7 & 8);
13    NOW THEREFORE, pursuant to Local Rules 16-2(e) and 7-12, the undersigned parties
14 hereby stipulate and respectfully request the Court to order as follows:
15    1.    The Friday, June 10, 2011 initial Case Management Conference shall be continued
16 to Friday, July 22, 2011 at 10:30 a.m. before the Honorable Jeremy Fogel, or such other date as
17 the Court may order.
18    PURSUANT TO STIPULATION, IT IS SO ORDERED.

19
20 Dated: __June 2_____, 2011.                    _____
21                                                    The Honorable Jeremy Fogel
                                                      United States District Judge
22
23
24 Attorney signatures on following page.
25
26
27
28

STIP. AND [PROPOSED] ORDER CONT'G
INITIAL CMC 11-CV-0902 JF (HRL)

1

| | | |
|---|---|---|
| Dated: May 24, 2011 | | JONES DAY |

By: /s/ Brett A. Lovejoy
    Brett A. Lovejoy

Attorneys for Plaintiff
ALEXX, INC.

Dated: May 24, 2011          LAW OFFICES OF PERRY R. CLARK

By: /s/ Perry R. Clark
    Perry R. Clark

Attorney for Defendant
PUKA CREATIONS, LLC

### **CERTIFICATION PURSUANT TO G.O. 45(X)(B)**

I, Brett A. Lovejoy, attest that Perry R. Clark has concurred in the filing of this document.

Dated: May 24, 2011          JONES DAY

By: /s/ Brett A. Lovejoy
    Brett A. Lovejoy

Attorneys for Plaintiff
ALEXX, INC.

SFI-697817v1