Brett A. Lovejoy (State Bar No. 212942)
MORGAN, LEWIS & BOCKIUS LLP
One Market, Spear Street Tower
San Francisco, CA 94105-1126
Tel:    415.442.1000
Fax:    415.442.1001
Email: blovejoy@morganlewis.com

Attorneys for Plaintiff
ALEXX, INC.

Perry R. Clark (State Bar No. 197101)
LAW OFFICES OF PERRY R. CLARK
825 San Antonio Road
Palo Alto, CA 94303
Tel:    650.248.5817
Fax:    650.618.8533
Email: perry@perryclarklaw.com

Attorney for Defendant
PUKA CREATIONS, LLC

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| ALEXX, INC., <br><br> Plaintiff, <br><br> vs. <br><br> PUKA CREATIONS, LLC, <br><br> Defendant. | Case No. 11-CV-0902 JF (HRL) <br><br> **STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE** <br><br> Date:   Fri., July 22, 2011 <br> Time:   10:30 a.m. <br> Judge:  The Honorable Jeremy Fogel |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

STIP & [PROPOSED] ORDER CONT. CMC,
11-CV-0902 JF (HRL)

DB1/ 67712896.1

1    IT IS HEREBY STIPULATED by and between plaintiff Alexx, Inc. ("Plaintiff") and defendant Puka Creations, LLC ("Defendant"), by and through their counsel of record as follows:

WHEREAS, a Case Management Conference (CMC) is currently scheduled for Friday, July 22, 2011 at 10:30 a.m. before the Honorable Jeremy Fogel;

WHEREAS, the parties are currently engaged in settlement negotiations;

WHEREAS, the parties believe that the current settlement negotiations have resulted in an informal resolution of this action and the parties are negotiating a written settlement agreement;

WHEREAS, the parties have requested the following previous time modifications:  a stipulated extension and order providing Defendant to respond to the complaint (Dkts. 7 & 8); a stipulated extension and order to continue the initial case management conference (Dkts. 21 & 22);

NOW THEREFORE, pursuant to Local Rules 16-2(e) and 7-12, the undersigned parties hereby stipulate and respectfully request the Court to order as follows:

1.    The Friday, July 22, 2011 initial Case Management Conference shall be continued to Friday, August 26, 2011 at 10:30 a.m. before the Honorable Jeremy Fogel, or such other date as the Court may order.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: __7/19_____, 2011    _____
The Honorable Jeremy Fogel
United States District Judge

Attorney signatures on following page.

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DB1/ 67712896.1

2

STIP & [PROPOSED] ORDER CONT. CMC,
11-CV-0902 JF (HRL)

| | |
|---|---|
| Dated: July 15, 2011 | MORGAN, LEWIS & BOCKIUS LLP |
| | By /s/ Brett A. Lovejoy |
| | Brett A. Lovejoy |
| | Attorneys for Plaintiff |
| | ALEXX, INC. |
| Dated: July 15, 2011 | LAW OFFICES OF PERRY R. CLARK |
| | By /s/ Perry R. Clark |
| | Perry R. Clark |
| | Attorneys for Defendant |
| | PUKA CREATIONS, LLC |

## **CERTIFICATION PURSUANT TO G.O. 45(X)(B)**

I, Brett A. Lovejoy, attest that Perry R. Clark has concurred in the filing of this document.

Dated: July 15, 2011          /s/ Brett A. Lovejoy
                              Brett A. Lovely

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DB1/ 67712896.1

3

STIP & [PROPOSED] ORDER CONT. CMC,
11-CV-0902 JF (HRL)